UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 16-20134-CR-MARTINEZ-OTAZO-REYES

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ROBERT PHAM,

    Defendant.
_____/

## ORDER ADOPTING IN PART REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Alicia M. Otazo-Reyes, United States Magistrate Judge, for a Report and Recommendation on Defendant's Counsel's voucher #113C.0001990 submitted pursuant to the Criminal Justice Act (the "CJA Voucher"). The CJA Voucher requests compensation in the amount of $12,267.90, which consists of $12,087.30 in fees for out-of-court hours and $180.60 in fees for in-court hours. Magistrate Judge Otazo-Reyes filed a Report and Recommendation [ECF No. 35], recommending that the CJA Voucher be approved in the amount of $6,811.20, consisting of $6,630.60 in fees for out-of-court hours and $180.60 in fees for in-court hours. The Court has reviewed the entire file and record and has made a *de novo* review of the issues that the objections to the Magistrate Judge's *Report and Recommendation* present. Based on the representations made in the objections, the Court finds that Defendant's Counsel has addressed the issues and concerns raised by the Magistrate Judge. After careful consideration, it is hereby:

**ADJUDGED** that United States Magistrate Judge Otazo-Reyes's Report and Recommendation [ECF No. 35] is **AFFIRMED in PART** and **ADOPTED in PART**.

Accordingly, it is:

**ADJUDGED** that the CJA Voucher is **APPROVED** in the amount of $12,267.90, consisting of $12,087.30 in fees for out-of-court hours and $180.60 in fees for in-court hours.

DONE AND ORDERED in Chambers at Miami, Florida, this 11 day of July, 2017.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record